ACCEPTED
04-15-00417-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/31/2015 9:57:56 AM
KEITH HOTTLE
CLERK

No. 04-15-00417-CV

<table>
<tr><td>In the<br>Court of Appeals<br>For the Fourth District<br>San Antonio, Texas</td><td>FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>12/31/2015 9:57:56 AM<br>KEITH E. HOTTLE<br>Clerk</td></tr>
</table>

## RICHARD CECIL PETERSON AND ALMA PETERSON,
**Appellants**

**v.**

## JOHN LAWRENCE JIMENEZ, M.D. AND BRIAN PHILLIP PERRY, M.D.
**Appellees**

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellees John Lawrence Jimenez, M.D. and Brian Phillip Perry, M.D. file this motion asking for a 30-day extension of time in which to file their Appellees' Brief. This suit is before this Court on appeal from the trial courts' March 20, 2015 and April 7, 2015 orders.

Appellees' brief is currently due to be filed on Friday, January 8, 2015. Appellants respectfully request a 30-day extension of time to file their brief, extending the deadline until Monday, February 8, 2015 (30 days falls on Sunday,

1

February 7, 2015).  This is appellees' second request for an extension of time to file their brief.  This request is unopposed.

Good cause exists for this request.  Throughout Appellants' Brief, there are no record references in support of the statements of fact and throughout the argument.  *Appellants' Brief* at 1-18.  Texas Rule of Appellate Procedure 38.1(g) specifically requires each statement to by supported by record references.  TEX. R. APP. P. 38.1(g).  In attempting compare the assertions in Appellants' Brief to the record before this Court, counsel discovered the Jimenez Traditional and No Evidence Motion for Summary Judgment is not found in the record, even though it is one of the primary complaints in this appeal.  While Appellees believe these inadequacies warrant the brief being struck, at this time Appellees are preparing a responsive brief on the merits.  To do so, Appellees have requested the Clerk's Record be supplemented with "Defendant's Traditional and No Evidence Motion for Summary Judgment" filed in the trial court on February 27, 2015. *See Exhibit A* "December 30, 2015 Letter to the Clerk."

This extension of time is not sought for the purpose of delay, but is brought solely so that justice may be done.

Prayer

For these reasons, Appellees ask the Court to grant a 30-day extension of time to file their brief until Monday, February 8, 2016.

2

Respectfully submitted,

/s/ Lorien Whyte
Lorien Whyte
State Bar No. 24042440
lorienwhyte@pozzaandwhyte.com
Pozza & Whyte, PLLC
239 E. Commerce St.
San Antonio, Texas 78205
210.226.8888 telephone
210.222.8477 fax

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Richard Nunez, counsel for appellants, and Mr. Nunez responded that he is unopposed to a 30-day extension.

/s/ Lorien Whyte
Lorien Whyte

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2015, in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure, a true and correct copy of the foregoing document has been forwarded to the following:

Richard J.W. Nunez
144 E. Price Road
Brownsville, Texas 78521
Phone: (956) 541-8502
Facsimile: (956) 541-8623

/s/ Lorien Whyte
Lorien Whyte

# EXHIBIT "A"

FILED
12/30/2015 4:51:43 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez



**BRIN & BRIN** P.C.

ATTORNEYS AT LAW
6223 IH 10 WEST
SAN ANTONIO, TEXAS 78201
TELEPHONE (210) 341-9711
FAX (210) 341-1854
www.brinandbrin.com

**JAMES W. VEALE, JR.**
MEMBER OF THE FIRM

jveale@brinandbrin.com

*Serving Texas
Since 1979*

December 30, 2015

Donna K. McKinney
Bexar County District Clerk
Paul Elizondo Tower
101 W Nueva, Suite 217
San Antonio, TX 78205-3411

*Via Electronic Filing*

Re:    Cause No. 2012-CI-08827; *Richard C. Peterson and Alma Peterson v. John
L. Jiménez, M.D., et al.*
Fourth Court of Appeals No. 04-15-00417-CV

---

## REQUEST FOR SUPPLEMENTAL RECORD

---

Dear Clerk:

Please allow this correspondence to serve as our request for a supplemental record
that includes "Defendant's Traditional and No Evidence Motion for Summary Judgment"
that was filed by Dr. Jimenez on February 27, 2015. It is missing from the Clerk's Record.

Should you have any questions or concerns, please do not hesitate to contact me.
Thank you for your assistance with this matter.

Sincerely,

James W. Veale, Jr.

cc:    Richard Nunez                          *Via Electronic Filing*
Celeste Lira                           *Via Electronic Filing*
Lorien Whyte                           *Via Electronic Filing*